UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARSHALL RICKS,

    Plaintiff,

v.                                                        Cv. No. 05-2838-Ma

ROZELLE CRINER, et al.,

    Defendants.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed, in accordance with the Order of Dismissal, docketed December 8, 2005. Any appeal in this matter by Plaintiff, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:**

/s/ Samuel H. Mays, Jr.
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


December 20, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02838 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Marshall Ricks
DEBERRY SPECIAL NEEDS  FACILITY
126570
7575 Cockrill Bend Industrial Blvd.
Nashville, TN 37209

Honorable Samuel Mays
US DISTRICT COURT